UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| THERESIA COLLINS, | ) CASE NO. 1:20CV1587 |
| | ) |
| Plaintiff, | ) JUDGE JOHN R. ADAMS |
| | ) |
| -vs- | ) |
| | ) JUDGMENT ENTRY |
| COMMISSIONER | ) |
| OF SOCIAL SECURITY | ) |
| | ) |
| Defendant. | ) |

For the reasons set forth in the Order filed contemporaneously with this Judgment Entry, IT IS HEREBY ORDERED, ADJUDGED and DECREED that the Magistrate Judge's decision is ADOPTED IN WHOLE. The decision of the Commissioner is hereby AFFIRMED.

IT IS SO ORDERED.


Dated: September 30, 2021                     /s/ John R. Adams
                                              JOHN R. ADAMS
                                              UNITED STATES DISTRICT JUDGE